IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 17-12560 (KJC)<br><br>(Jointly Administered) |
| WOODBRIDGE GROUP OF COMPANIES, LLC and WOODBRIDGE MORTGAGE INVESTMENT FUND 2, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>JUDITH C. DOYLE LIVING TRUST DATED 7-31-2009,<br><br>Defendant. | Adversary Proceeding<br>No. 18-50936 (KJC)<br><br>re: 4 |

### ORDER APPROVING STIPULATION REGARDING ELECTION TO RECLASSIFY AS CLASS 3 CLAIM

Upon consideration of the Certification of Counsel;[2] and upon review of such certification and the Parties' *Stipulation Regarding Election to Reclassify as Class 3 Claim* attached hereto as Exhibit 1 (the "Stipulation"); and good and sufficient cause appearing therefor,

---

[1] The last four digits of Woodbridge Group of Companies, LLC's federal tax identification number are 3603. The mailing address for Woodbridge Group of Companies, LLC is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423. Due to the large number of debtors in these cases, which are being jointly administered for procedural purposes only, a complete list of the Debtors, the last four digits of their federal tax identification numbers, and their addresses are not provided herein. A complete list of this information may be obtained on the website of the Debtors' noticing and claims agent at www.gardencitygroup.com/cases/WGC, or by contacting the undersigned counsel for the Debtors.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Certification of Counsel.

01:23899592.1

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved.

2. Defendant shall be deemed to have elected to reclassify the Claim as a Class 3 Standard Note Claim as if Defendant had made such election on Defendant's Class 6 Ballot.

3. The Claim shall be deemed a Class 3 Standard Note Claim under the Plan, with the Net Note Claim of such Claim equal to $98,862.49, and shall receive the treatment set forth in the Plan (including, without limitation, under Section 3.4 of the Plan) for Holders of Class 3 Standard Note Claims. For the avoidance of doubt, the Claim shall be an unsecured Claim, and shall not be secured by any lien or security interest in any property of the Debtors' estates.

4. This Court shall have exclusive jurisdiction and power to resolve any dispute arising out of, relating to, or deriving from the Stipulation and has the jurisdiction and power to enter a final order thereon.

Dated: Nov. 28, 2018
Wilmington, Delaware

KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

01:23899592.1

2